# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Rick Weaver Buick GMC<br>714 West 12th Street<br>Erie, Pennsylvania 16501 | )<br>)<br>) Case No. 1:16-mj-29<br>)<br>) [UNDER SEAL]<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Pennsylvania_____
*(identify the person or describe the property to be searched and give its location)*:

Rick Weaver Buick GMC, 714 West 12th Street, Erie, Pennsylvania 16501. A large sign with the name Rick Weaver is on the outside of the main business building.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see List of Items to be Seized in Attachment A, fully incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before _____March 24, 2016_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____
                                                                                                *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: __3/14/16 @ 11:11 am__    _____Susan Paradise Baxter_____
                                                                          *Judge's signature*

City and state: _____Erie, Pennsylvania_____    _____United States Magistrate Judge Susan Paradise Baxter_____
                                                                          *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 9am  3/16/16 | Copy of warrant and inventory left with: Adam Weaver |
| Inventory made in the presence of : Adam Weaver | | |
| Inventory of the property taken and name of any person(s) seized: See Attached | | |

FILED 16 MAR 22 AM 05 CLERK U.S. DISTRICT COURT

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/22/16

_____
Executing officer's signature

M. Thoreson, FBI
Printed name and title

ATTACHMENT A
Property to be Seized

The applicable time frame is January 2014 to the present.

1. Evidence, fruits and instrumentalities of violations of Title 18, United States Code, Sections 1029 (Credit Card Fraud), 1344 (Bank Fraud) and 1349 (Conspiracy to Commit Wire and Bank Fraud).

2. Documents, invoices, sales contracts, notes, records, titles, loan paperwork, correspondence, writings, letters and papers, in any format or medium, including paper, electronic and digital, which relate to the procurement, purchase, sharing, dissemination, distribution, and possession of vehicles purchased, traded, cancelled, or attempted through or on behalf of Adam Coover, Douglas Grooms, or others, including, but not limited to, the following vehicles:

VIN

| | |
|---|---|
| 1GC4K0C85BF197809 | 4JGDF6EE7FA600228 |
| 2GKFLWEKXF6344938 | 1GYS4MKJ5FR739258 |
| 1GKKVTKD1FJ363278 | 4JGED6EB1GA022631 |
| 1GT424E85FF613402 | 136370K183948 |
| 1GYUKKEFXAR215736 | 1GYFK66837R295101 |
| 1GTV2UEC9FZ229758 | KNMAT2MV6FP531216 |
| 1GKS2CKJ7FR605930 | 1G1YT2D65F5604751 |
| 1GKKVRKD5FJ253966 | 1GYS4HKJ8GR248983 |
| 1GKKVTED9CJ376819 | 3GTU2VEC5FG285584 |
| 5LMJJ2J56AEJ10068 | 3GCUKTEC2GG130724 |
| 1C4BJWEG8EL170482 | 1G1FG1R72G0136791 |
| 1G1YT2D65F5604751 | WDDJK7DA2DF008992 |
| 1GYUKKEFXAR215736 | 1FMEU7DE8AUB02760 |
| 1GNFK23019R199507 | 1B3JZ69Z86V100844 |
| WMWSY3C52DT593517 | 4JGDF6EE9GA662229 |
| 5GAKVCKD7FJ305690 | 1GT12UE84GF146770 |
| 4X4FXLL3XC5155430 | JALE5W163F7302510 |
| 1GKS2CKJ7FR605930 | 1GTV2UEC9FZ229758 |
| 1GYS4CKJ3FR160635 | 1GT22ZEG6FZ101495 |
| 1GT22ZEG2FZ108931 | 1GNDU23W58D177785 |
| 1GYS4PKJ5FR507888 | 1ZVBP8EM4D5229348 |
| 1GT424E85FF613402 | 1GKS2CKJ3GR172236 |
| 2G1FT1EW1D9144424 | |

3. Documents, notes, records, correspondence, writings, letters and papers, in any format or medium, including paper, electronic, and digital, concerning the procurement, purchase, possession, distribution, use, sharing and dissemination of credit/debit cards, and credit card numbers.

4. Documents, notes, records, correspondence, writings, letters and papers, in any format or medium, including paper, electronic or digital, pertaining to occupancy or ownership of the premises described in the search warrant, including, but not limited to, rental or lease agreements, mortgage documents, rental or lease payments, utility and telephone bills, mail envelopes, or addressed correspondence.

5. Identification documents, such as drivers licenses, passports, identification cards, employment identification cards, Social Security cards and visas, issued in names that are different from those individuals who reside at the residence to be searched.

6. Financial documents and items, such as credit cards, debit cards, bank cards, bank records, bank statements, which bear account holder names that are or different from those individuals and business that are operated or reside at either 2425 State Street, Erie, Pennsylvania, or 3709 Harbor Ridge Trail, Erie, Pennsylvania.

7. Payroll calculations, including, but not limited to, sales incentives, commission sheets, interest rate markups, special financing, holdbacks, dealer cash, and bonuses, for the persons residing at the residence and/or the sales persons, managers, employees, of the businesses.

8. Loan applications and list of contacts including addresses, telephone numbers, for any lenders used in sales, deals, trades, and purchases, including those approved, denied, sent, cancelled, or attempted, to include, but not limited to those conducted through or on behalf of Coover and Grooms.

9. Documents, notes, records, correspondence, writings, letters and papers, in any format or medium, including paper, electronic or digital, pertaining to the transfer, either electronically or by other means, of currency, money or funds, via Western Union or any other currency remitter.

10. Bulk cash, checks, money orders and cashier's checks and other fruits of violations of Title 18, United States Code, Sections 1029 (Credit Card Fraud), 1344 (Bank Fraud) and 1349 (Conspiracy to Commit Wire and Bank Fraud), such as jewelry, and other valuable items that are inconsistent with the lawful incomes of the occupants of 2425 State Street, Erie, Pennsylvania, and 3709 Harbor Ridge Trail, Erie, Pennsylvania to be searched.

11. Computer passwords, encryption keys and other such items which are needed to gain access to the computers, cell phones, Ipads or other electronic tablet devices and Ipods or other mp3 players seized during the search.

12. Computers and computer equipment to include processing units, circuit cards, and hard drives, attached or unattached to the computer, program software and technical or descriptive manuals regarding any computer or data/word processing equipment; magnetic and/or digital storage media such as floppy diskettes, hard diskettes, thumb drives, flash drives, CD's/DVD's, and magnetic computer tapes and magnetic storage devices, such as read/write devices, whether internal or external; computer peripheral devices, attached or unattached to the computer,

including computer monitors, printers, keyboards, modems, wireless routers or other physical devices which serve to transmit or receive information from a computer. Upon seizure or imaging of the computer equipment and peripheral devices, and other items identified in this paragraph, search and seizure of the contents of these items will be limited to types of documentation and evidence identified in this affidavit.

13. Cell phones, digital cameras, iPads, Kindles, gaming systems or other electronic tablet devices, iPods or other mp3 players, gaming systems and other items and devices, such as flash drives and external hard drives, capable of storing data digitally or electronically.

14. Evidence in whatever format related to the procurement, or attempted procurement of multiple automobile loans for the same automobile.

15. Evidence in whatever format related to the purchase of more than two automobiles on the same day by the same individual under circumstances where the individual purchaser obtains auto loans for those vehicles from different financial institutions such that the final institutions are not aware that the purchaser has purchased multiple vehicles on the same day.

16. Evidence in whatever format related to the fraudulent use of a credit card or cards without the knowledge of the authorized holder of the credit card.

FD-597 (Rev 8-11-94)  Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 318A-PG-7189153

On (date) 16 MARCH 2016

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Rich Weaver Buick GMC
(Street Address) 714 WEST 12TH ST
(City) ERIE, PA 16501

Description of Item(s):

HP Desktop Computer  Serial No. CNX8480FLZ  Model a6703w
ASUS Eee PC 1005HA  Serial No. 9AOAAS559213  Laptop
LENOVO M SERIES Think Centre Computer  Serial No. MJ67C3H
SEAGATE Free Agent GoFlex USB Hard Drive  Serial No. NAOB6BE3
miscellaneous documents, power adapter

Received By: _____ (Signature)    Received From: _____ (Signature)